**EXHIBIT C**



**LEHRMAN BEVERAGE LAW**
A T T O R N E Y S   A T   L A W
W A S H I N G T O N ,   D C

2911 HUNTER MILL ROAD
SUITE 303
OAKTON, VA 22124
t: 202-449-3739
f: 202-478-5189
w: www.bevlaw.com

## FRE 408 COMMUNICATION

### July 28, 2020

| | |
|---|---|
| **Sent by email to:** | mh@mh-distillery.com |
| **_cc:_** | office@impexbev.com |

| | |
|---|---|
| **Sent via USPS to:** | Milk & Honey Distillery Ltd. |
| | c/o S. Horowitz & Co. |
| | 31 Ahad Haam St., |
| | P.O.B. 2499 |
| | 6102402 Tel-Aviv |
| | Israel |

| | |
|---|---|
| **_with a copy to:_** | Impex Beverages, Inc. |
| | 360 Swift Ave. |
| | Side B, Ste. 9 |
| | South San Francisco, CA 94080 |

**RE:    UNAUTHORIZED USE OF M&H AND MILK & HONEY TRADEMARKS**

To Whom It May Concern:

We represent M&H Spirits LLC in its trademark matters. My client owns U.S. Trademark Registration No. 5,200,413 for the mark **MILK & HONEY** in connection with "liquor and liqueur beverages, namely, distilled spirits, liqueurs, and prepared alcoholic drinks"; and U.S. Trademark Registration No. 5,229,644 for the mark **M&H** in connection with the same goods. My client's trademark registrations entitle it to the nationwide exclusive right to use the marks M&H and MILK & HONEY in connection with distilled spirits in the United States.

It has recently come to our attention that you are currently causing the importing and sale of distilled spirits products bearing the marks M&H and MILK AND HONEY in the United States. Impex Beverages, Inc., has obtained at least seven Certificates of Label Approval ("COLAs") from the Alcohol and Tobacco Tax and Trade Bureau (TTB) for labels that prominently bear the marks M&H and MILK AND HONEY. See **Exhibit A.** Additionally, you advertise on your website that your products are available in the United States and provide a link to Impex Beverages' webpage for your products. See **Exhibit B**. Finally, a July 10, 2020, article from Whiskey Advocate indicates that your products are available in "more than a dozen states." See **Exhibit C**.



We understand that you operate a distillery and sell distilled spirits under the marks M&H and MILK AND HONEY in Israel. Whatever rights you may have to these marks in Israel do not, however, entitle you to use these marks in connection with distilled spirits in the United States.

There is no issue here as to whether your use of M&H and MILK AND HONEY in connection with distilled spirits in the United States is likely to cause confusion with my client's marks. The marks and goods in connection with which you use them are *identical* to the marks and goods in my client's federal trademark registrations. Your products travel in the same channels of commerce and are sold to the same class of purchasers as my client's products. Additionally, my client has been made aware of several instances of actual confusion, where consumers and industry members have mistakenly believed that your products originate with my client.

There also appears to be no issue here regarding my client's priority rights to use the marks M&H and MILK & HONEY in the United States. My client's nationwide exclusive rights to these marks began on the filing date of my client's federal trademark applications: February 11, 2015, for MILK & HONEY; and September 19, 2016, for M&H. The earliest COLA we can find for your products was issued on September 19, 2019 – *three years* after my client's priority filing date for M&H, and more than *four years* after my client's priority filing date for MILK & HONEY. An approved COLA is required before lawfully importing distilled spirits into the United States. Accordingly, we suspect that the *earliest* date you could claim lawful use of the marks M&H and/or MILK AND HONEY in the United States is September 19, 2019. If you believe that you can substantiate a date of first use that predates my client's priority date, please provide evidence showing the same.

Otherwise, given my client's priority rights to the marks M&H and MILK & HONEY, and given that your use of M&H and MILK AND HONEY is likely to cause confusion with our marks, we consider your use of these marks to constitute trademark infringement under 15 U.S.C. § 1125, and demand that you immediately cease and desist all use of the marks M&H and MILK AND HONEY and any confusingly similar marks in connection with distilled spirits and other alcoholic beverages in the United States.

It appears that you are already aware of my client's registered trademarks and that your use of the same marks is likely to cause confusion. Specifically, the USPTO has refused your applications for MILK & HONEY DISTILLERY (Serial No. 79283267); M&H WHISKY DISTILLERY (Serial No. 79283305); and a stylized design incorporating the literal element M&H WHISKEY DISTILLERY (Serial No. 79283289) based on a likelihood of confusion with my client's registered trademarks. Notwithstanding these refusals, you continue to cause your products bearing these marks to be imported into and sold in the United States, as well as continue to advertise and market your products to United



States consumers. Your continued export, sale, and advertising of your infringing products in the United States, with the knowledge of my client's federally registered trademarks and notice that they cause a likelihood of confusion, may constitute willful infringement of my client's registered trademarks.

My client is prepared to take any and all available actions at law to enforce its trademark rights in the United States. Under U.S. Trademark Law, a trademark owner is entitled to enjoin an infringer from continuing to infringe the trademark owner's rights. 15 U.S.C. § 1116. A trademark owner is also entitled to recover from an infringer the infringer's profits, the trademark owner's sustained damages, and the costs of the civil action. 15 U.S.C. § 1117. Alternatively, a trademark owner may elect to recover statutory damages, which can amount to up to $2,000,000 per mark in the case of willful infringement.

That said, my client would prefer to avoid litigation, and believes that we can settle this matter amicably. If you agree to immediately cease and desist your infringing activity, my client is willing to discuss terms under which you may phase out your unauthorized use of my client's marks. Alternatively, my client would be willing to discuss licensing its marks to you, in exchange for payment and an ongoing royalty, and in accordance with the terms and conditions of a valid licensing agreement, so that you may continue selling your products bearing my client's marks in the United States.

**Please respond no later than August 10, 2020**, with confirmation that you have complied with our demands in this letter. Please send confirmation to me via email at frank.knizner@bevlaw.com. If you have any questions regarding this letter, I can be reached by email at the above address. We look forward to your timely response.

Sincerely,

Frank Knizner
*Attorney for M&H Spirits LLC*

# EXHIBIT A

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
| 19238001000910 | **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** |
| | (See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. *(If any)* | CT | OR |
|---|---|---|
| | 191 | 56 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)* | 3. SOURCE OF PRODUCT *(Required)* | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)* |
|---|---|---|
| CA-I-16075 | ☐ Domestic<br>☑ Imported | IMPEX BEVERAGES, INC.<br>360 SWIFT AVE SUITE 9 SI<br><br>SOUTH SAN FRANCISCO CA 94080 |

| 4. SERIAL NUMBER *(Required)* | 5. TYPE OF PRODUCT *(Required)* |
|---|---|
| 19MH02 | ☐ WINE<br>☑ DISTILLED SPIRITS<br>☐ MALT BEVERAGE |

| 6. BRAND NAME *(Required)* | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| M & H DISTILLERY | |
| **7. FANCIFUL NAME** *(If any)*<br>YOUNG SINGLE MALT LIGHTLY PEATED | |

| 9. FORMULA | 10. GRAPE VARIETAL(S) *(Wine Only)*<br>N/A | 14. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|
| | | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| **11. WINE APPELLATION** *(If on label)* | | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| **12. PHONE NUMBER**<br>(650) 872-1113 | **13. EMAIL ADDRESS** | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ _____ (Fill in amount) |
| | | d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 08/26/2019 | (Application was e-filed) | SAM FILMUS |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 09/19/2019 | |



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br><br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. | **EXPIRATION DATE (If any)** |
| **STATUS**<br><br>THE STATUS IS APPROVED. | |
| **CLASS/TYPE DESCRIPTION**<br><br>OTHER IMPORTED WHISKY FB | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 7 inches W X 4.2 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.



Image Type:

Back
Actual Dimensions: 2.5 inches W X 3.5 inches H



OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
**APPLICATION FOR AND**
**CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**
(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
19353001001078

**1. REP. ID. NO.** *(If any)*

| | CT | OR |
|---|---|---|
| | 191 | 56 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO.** *(Required)*
CA-I-16075

**3. SOURCE OF PRODUCT** *(Required)*
☐ Domestic
☑ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL** *(Required)*

IMPEX BEVERAGES, INC.
360 SWIFT AVE SUITE 9 SI

SOUTH SAN FRANCISCO CA 94080

**4. SERIAL NUMBER** *(Required)*
19MH03

**5. TYPE OF PRODUCT** *(Required)*
☐ WINE
☑ DISTILLED SPIRITS
☐ MALT BEVERAGE

**6. BRAND NAME** *(Required)*
M&H DISTILLERY

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME** *(If any)*
CLASSIC

**9. FORMULA**

**10. GRAPE VARIETAL(S)** *(Wine Only)*
N/A

**11. WINE APPELLATION** *(If on label)*

**12. PHONE NUMBER**
(650) 872-1113

**13. EMAIL ADDRESS**

**14. TYPE OF APPLICATION** *(Check applicable box(es))*
a. ☑ CERTIFICATE OF LABEL APPROVAL
b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)
c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)
d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**16. DATE OF APPLICATION**
12/19/2019

**17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**
(Application was e-filed)

**18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT**
SAM FILMUS

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

**19. DATE ISSUED**
01/07/2020

**20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**

Case 2:22-cv-00397-BHL   Filed 03/30/22   Page 9 of 41   Document 1-3



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. | **EXPIRATION DATE (If any)** |
| **STATUS**<br>THE STATUS IS APPROVED. | |
| **CLASS/TYPE DESCRIPTION**<br>OTHER IMPORTED WHISKY FB | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 3.35 inches W X 5 inches H



Image Type:

Back
Actual Dimensions: 2.75 inches W X 3.74 inches H



OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
**APPLICATION FOR AND
CERTIFICATION/EXEMPTION OF LABEL/BOTTLE
APPROVAL**
(See Instructions and Paperwork Reduction Act Notice on Back)

**TTB ID**
20003001000635

| 1. REP. ID. NO. *(If any)* | CT | OR |
|---|---|---|
|  | 191 | 56 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)***
CA-I-16075

**3. SOURCE OF PRODUCT *(Required)***
☐ Domestic
☑ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)***

IMPEX BEVERAGES, INC.
360 SWIFT AVE SUITE 9 SI

SOUTH SAN FRANCISCO CA 94080

**4. SERIAL NUMBER *(Required)***
20MH05

**5. TYPE OF PRODUCT *(Required)***
☐ WINE
☑ DISTILLED SPIRITS
☐ MALT BEVERAGE

**6. BRAND NAME *(Required)***
M&H DISTILLERY

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME *(If any)***
ELEMENTS SHERRY

**9. FORMULA**

**10. GRAPE VARIETAL(S) *(Wine Only)***
N/A

**14. TYPE OF APPLICATION *(Check applicable box(es))***

a. ☑ CERTIFICATE OF LABEL APPROVAL

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**11. WINE APPELLATION *(If on label)***

**12. PHONE NUMBER**
(650) 872-1113

**13. EMAIL ADDRESS**

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**16. DATE OF APPLICATION**
01/03/2020

**17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**
(Application was e-filed)

**18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT**
SAM FILMUS

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

**19. DATE ISSUED**
01/21/2020

**20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**

Case 2:22-cv-00397-BHL   Filed 03/30/22   Page 12 of 41   Document 1-3



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>OTHER IMPORTED WHISKY FB | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 3.35 inches W X 5 inches H



Image Type:

Back
Actual Dimensions: 2.75 inches W X 3.74 inches H



**TTB F 5100.31** (06-2016)    PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID** 20166001000070 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |

**1. REP. ID. NO. (If any)**

| CT | OR |
|---|---|
| 191 | 56 |

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
CA-I-16075

**3. SOURCE OF PRODUCT (Required)**
☐ Domestic
☑ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

IMPEX BEVERAGES, INC.
360 SWIFT AVE SUITE 9 SI

SOUTH SAN FRANCISCO CA 94080

**4. SERIAL NUMBER (Required)**
20MHE1

**5. TYPE OF PRODUCT (Required)**
☐ WINE
☑ DISTILLED SPIRITS
☐ MALT BEVERAGE

**6. BRAND NAME (Required)**
M&H DISTILLERY

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
ELEMENTS PEATED

**9. FORMULA**

**10. GRAPE VARIETAL(S) (Wine Only)**
N/A

**14. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)

**11. WINE APPELLATION (If on label)**

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ _____ (Fill in amount)

**12. PHONE NUMBER**
(650) 872-1113

**13. EMAIL ADDRESS**

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

**16. DATE OF APPLICATION**
06/14/2020

**17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT**
(Application was e-filed)

**18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT**
SAM FILMUS

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

**19. DATE ISSUED**
07/09/2020

**20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS** | **EXPIRATION DATE (If any)** |
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. | |
| **STATUS** | |
| THE STATUS IS APPROVED. | |
| **CLASS/TYPE DESCRIPTION** | |
| OTHER IMPORTED WHISKY FB | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 3.35 inches W X 5 inches H



Image Type:

Back
Actual Dimensions: 2.75 inches W X 3.74 inches H



TTB F 5100.31 (06-2016)   PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
| **TTB ID**<br>20166001000071 | **APPLICATION FOR AND**<br>**CERTIFICATION/EXEMPTION OF LABEL/BOTTLE**<br>**APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. *(If any)* | CT<br>191 | OR<br>56 |
|---|---|---|

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>CA-I-16075 | 3. SOURCE OF PRODUCT *(Required)*<br>☐ Domestic<br>☑ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)*<br><br>IMPEX BEVERAGES, INC.<br>360 SWIFT AVE SUITE 9 SI<br><br>SOUTH SAN FRANCISCO CA 94080 |
|---|---|---|

| 4. SERIAL NUMBER *(Required)*<br>20MHE2 | 5. TYPE OF PRODUCT *(Required)*<br>☐ WINE<br>☑ DISTILLED SPIRITS<br>☐ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)*<br>M&H DISTILLERY | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| **7. FANCIFUL NAME** *(If any)*<br>ELEMENTS RED WINE CASK | |

| 9. FORMULA | 10. GRAPE VARIETAL(S) *(Wine Only)*<br>N/A | 14. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|
| | | a. ☑   **CERTIFICATE OF LABEL APPROVAL** |
| **11. WINE APPELLATION** *(If on label)* | | b. ☐   **CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL**<br>"For sale in _____ only" (Fill in State abbreviation.) |
| **12. PHONE NUMBER**<br>(650) 872-1113 | **13. EMAIL ADDRESS** | c. ☐   **DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ _____** (Fill in amount) |
| | | d. ☐   **RESUBMISSION AFTER REJECTION**<br>TTB ID. NO. _____ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION<br>06/14/2020 | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>SAM FILMUS |
|---|---|---|

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED<br>07/08/2020 | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|

Case 2:22-cv-00397-BHL    Filed 03/30/22    Page 18 of 41    Document 1-3



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>OTHER IMPORTED WHISKY FB | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 3.35 inches W X 5 inches H



Image Type:

https://www.ttbonline.gov/colasonline/viewColaDetails.do?action=publicFormDisplay&ttbid=20166001000071                                    2/3

Back
Actual Dimensions: 2.75 inches W X 3.74 inches H



**TTB F 5100.31** (06-2016)   PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>20166001000081 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND**<br>**CERTIFICATION/EXEMPTION OF LABEL/BOTTLE**<br>**APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. *(If any)* | CT<br>191 | OR<br>56 |
|---|---|---|

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br><br>CA-I-16075 | 3. SOURCE OF PRODUCT *(Required)*<br>☐ Domestic<br>☑ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)*<br><br>IMPEX BEVERAGES, INC.<br>360 SWIFT AVE SUITE 9 SI<br><br>SOUTH SAN FRANCISCO CA 94080 |
|---|---|---|
| 4. SERIAL NUMBER *(Required)*<br>20IMP4 | 5. TYPE OF PRODUCT *(Required)*<br>☐ WINE<br>☑ DISTILLED SPIRITS<br>☐ MALT BEVERAGE | |
| 6. BRAND NAME *(Required)*<br>THE IMPEX COLLECTION | | 8a. MAILING ADDRESS, IF DIFFERENT |
| 7. FANCIFUL NAME *(If any)*<br>M&H SINGLE CASK | | |

| 9. FORMULA | 10. GRAPE VARIETAL(S) *(Wine Only)*<br>N/A | 14. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|
| | | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| 11. WINE APPELLATION *(If on label)* | | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL<br>"For sale in _____ only" (Fill in State abbreviation.) |
| 12. PHONE NUMBER<br>(650) 872-1113 | 13. EMAIL ADDRESS | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ _____ (Fill in amount) |
| | | d. ☐ RESUBMISSION AFTER REJECTION<br>TTB ID. NO. _____ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION<br>06/14/2020 | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>SAM FILMUS |
|---|---|---|

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED<br>06/22/2020 | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|

Case 2:22-cv-00397-BHL   Filed 03/30/22   Page 21 of 41   Document 1-3



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS**<br>TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>OTHER IMPORTED WHISKY FB | **EXPIRATION DATE (If any)** |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:
Brand (front) or keg collar
Actual Dimensions: 3.27 inches W X 2.25 inches H



Image Type:
Back
Actual Dimensions: 3.27 inches W X 2.25 inches H



**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.

**M&H WHISKY SINGLE CASK**

**TASTING NOTES:**

**NOSE:** DOMINANT SHERRY NOTES, RED FRUITS COVERED BY LIGHT WOODY AND VANILLA NOTES.

**PALATE:** LIGHT BODIED, LIGHT SHERRY SWEETNESS AND FRUITINESS, RED FRUITS AND DARK CHOCOLATE.

**FINISH:** LONG, THE DARK CHOCOLATE TASTE LINGERS IN THE PALATE FOR A WHILE FOLLOWED BY LIGHT TOBACCO NOTES. THE WOOD APPEARS AT THE END.

EXCLUSIVELY IMPORTED BY
IMPEX BEVERAGES INC.
SOUTH SAN FRANCISCO, CA 94080

**TTB F 5100.31** (06-2016)    PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| **TTB ID**<br>20177001000904 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND**<br>**CERTIFICATION/EXEMPTION OF LABEL/BOTTLE**<br>**APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. *(If any)* | CT | OR |
|---|---|---|
| | 191 | 56 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>CA-I-16075 | 3. SOURCE OF PRODUCT *(Required)*<br>☐ Domestic<br>☑ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)*<br><br>IMPEX BEVERAGES, INC.<br>360 SWIFT AVE SUITE 9 SI<br><br>SOUTH SAN FRANCISCO CA 94080 |
| 4. SERIAL NUMBER *(Required)*<br>20MHI1 | 5. TYPE OF PRODUCT *(Required)*<br>☐ WINE<br>☑ DISTILLED SPIRITS<br>☐ MALT BEVERAGE | |

| 6. BRAND NAME *(Required)*<br>THE IMPEX COLLECTION | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME *(If any)*<br>M&H SINGLE CASK | |

| 9. FORMULA | 10. GRAPE VARIETAL(S) *(Wine Only)*<br>N/A | 14. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|
| | | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| 11. WINE APPELLATION *(If on label)* | | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| 12. PHONE NUMBER<br>(650) 872-1113 | 13. EMAIL ADDRESS | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) |
| | | d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION<br>06/25/2020 | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>SAM FILMUS |
|---|---|---|

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED<br>06/29/2020 | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|

Case 2:22-cv-00397-BHL   Filed 03/30/22   Page 24 of 41   Document 1-3



| FOR TTB USE ONLY | |
|---|---|
| **QUALIFICATIONS** | **EXPIRATION DATE (If any)** |
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. | |
| **STATUS**<br>THE STATUS IS APPROVED. | |
| **CLASS/TYPE DESCRIPTION**<br>OTHER IMPORTED WHISKY FB | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 3.27 inches W X 2.25 inches H



Image Type:

Back
Actual Dimensions: 3.27 inches W X 2.25 inches H



**M&H SINGLE CASK WHISKY**

TASTING NOTES:

**NOSE:** DOMINANT SHERRY NOTES, RED FRUITS COVERED BY LIGHT WOODY AND VANILLA NOTES.

**PALATE:** LIGHT BODIED, LIGHT SHERRY SWEETNESS AND FRUITINESS, RED FRUITS AND DARK CHOCOLATE.

**FINISH:** LONG, THE DARK CHOCOLATE TASTE LINGERS IN THE PALATE FOR A WHILE FOLLOWED BY LIGHT TOBACCO NOTES. THE WOOD APPEARS AT THE END.

EXCLUSIVELY IMPORTED BY
IMPEX BEVERAGES INC.
SOUTH SAN FRANCISCO, CA 94080

**GOVERNMENT WARNING:**
(1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.

**TTB F 5100.31** (06-2016)   PREVIOUS EDITIONS ARE OBSOLETE

# EXHIBIT B





Australia

Austria

Belgium

Canada

Poland

USA

Spain

The Netherlands

France

Norway

Denmark

Israel

Germany

South Africa



 

## Stay Updated on the Whisky News ✕

Sign Up Now



Take true passion for single malt whisky, add the boldness and cutting-edge innovation that the Israeli startup ecosystem is famous for, mix it with no-compromising commitment to craftmanship and tradition, and you get M&H, Israel's first whisky distillery.

Founded in 2012, under the expert guidance of the late Dr. Jim Swan, the passionate and dedicated team of the M&H distillery has boldly crafted single malt spirits, matured by the hot and humid climate of vibrant Tel Aviv.

The casks that the M&H distillery use to mature their spirit ensure a wide and exceptional spectrum of flavors.
The core range are ex-bourbon casks along with red wine STR casks. The M&H team are always on the lookout for unique barrels such as pomegranate wine, red wine casks from

selected wineries in Israel, kosher sherry, 400 liters French Limousin oak casks that were used to mature Kosher Cognac, rum, etc.

## Double Cask

**Stay Updated on the Whisky News**                                    ✕

Sign Up Now



**Reviews**

This special edition of our Whisky in Bloom has characteristics that will reflect our future classic single malt whisky.

A unique double cask bottling: ex-red wine (STR) and ex-bourbon, aged for only 24 months. Surprisingly well-balanced and smooth, with dominant notes of vanilla and oak.

## Lightly Peated – Triple Cask

**Description**

**Tasting Notes**

**Reviews**

This is a special single malt blend of three cask types: ex-bourbon, ex-red wine (STR) and ex-Islay casks previously used to mature peated whisky from Islay in Scotland.



The ex-Islay casks provide an additional layer of light peatiness and maritime aroma.

Each of the different casks

**Stay Updated on the Whisky News** ✕

Sign Up Now

# Classic Single Malt

| Description |
| --- |
| Tasting Notes |
| Awards |

Arriving June/July

The first commercial Single Malt Whisky by M&H

Classic single malt whisky is made using the finest ex-bourbon casks and our special red-wine STR casks, giving it a light and balanced character.
Matured under the Tel Avivi'n sun.



**Stay Updated on the Whisky News**                                      ✕

Sign Up Now

# Levantine Gin

| Description |
| --- |
| Tasting Notes |

Arriving June/July

Gin starts the same as M&H single malt series – 100% pure malted barley that's mashed in-house and distilled in the pot still. Then a heap of Juniper is added and botanicals, hand-sourced from Tel Aviv's Levinsky market: origanum syriacum, lemon peel, orange, chamomile, verbena, cinnamon, and black pepper. Then the botanicals let rest in the still for 48 hours and then distill for the third time in M&H 250L pot still, for



# M&H Elements Sherry



| Description |
|---|
| **Tasting Notes** |

M&H Elements Sherry is the first ever single malt whisky that was matured in Kosher sherry casks, seasoned exclusively for our distillery – straight from Jerez. Bourbon, Oloroso and PX sherry casks characterized its fruity flavors, rich aromas, with a special deep and natural color. Matured under the Tel Aviv sun.



 

ImpEx Beverages, Inc © 2020

Case 2:22-cv-00397-BHL   Filed 03/30/22   Page 33 of 41   Document 1-3

# EXHIBIT C

**Get A Free Trial Issue of
Whisky Advocate - Plus A
Special Gift! Click Here
(https://sub.whiskyadvocate.com/pubs/M5/MAV/Risk_Free.jsp?
cds_page_id=245261)**

×

MENU

WHISKY WEEKEND (/TAG/WHISKY-WEEKEND/)

Nikka Days, Booker's Boston Batch & More New Whisky

JULY 10, 2020 | WHISKY ADVOCATE (HTTPS://WWW.WHISKYADVOCATE.COM/AUTHOR/ADMIN/)



Nikka Days, which is intended for everyday sipping, will now be available in the U.S.

The summer days are growing hotter and if you're like us, you're **mixing some cocktails** (/magazine/summer-2020-cocktails-made-simple/) into your whisky regimen. But this week also brings a diverse array of options for those seeking a new dram to try neat.

Japan's **Nikka Whisky** (https://www.nikka.com/eng/) is bringing their Nikka Days blend stateside. The 40% ABV whisky, priced at $50, is intended to be sipped during casual everyday drinking occasions, and available in a handful of states with expansion planned next year.

The second **Booker's** (https://www.bookersbourbon.com/home) release of the year is here. Named "Boston Batch," it is limited and listed for $90.

**Michter's** (https://michters.com) is rolling out their 10 year old Single Barrel rye for $160. This will be the only release of the 10 year old rye this year, with limited availability.

**Milk & Honey Distillery** (https://mh-distillery.com) in Israel has two new whiskies: their flagship Classic ($60) and the partially sherry matured Elements ($70). Both are available in more than a dozen states.

**Kilchoman** (https://kilchomandistillery.com/?v=7516fd43adaa) has a 14 year old single cask on the way, that is one of—if not the—oldest releases from the Islay distillery. There are just over 200 bottles available in the U.S., priced at $220.

And finally, **Garrison Brothers** (https://www.garrisonbros.com) in Texas has a honey-infused bourbon coming later this month for $90. Currently available only at the distillery, the whiskey will be available nationwide in August.

Read on for full details.



### NIKKA DAYS

Style: Blended whisky
Origin: Japan
Age: Not stated
Proof: 40% ABV
Price: $50
Release: July 2020
Availability: CA, FL, IL, MA, NY, TX, and TN

**Need to know:**

Japan's Nikka Whisky is bringing a new blend, Nikka Days, stateside with an emphasis on casual everyday sipping. The blend includes **Coffey Grain Whisky** (/ratings-reviews/?search=&submit=&review_id=2902) and non-peated Miyagikyo malts, along with a touch of **Coffey Malt Whisky (/ratings-reviews/?search=&submit=&review_id=2374)** and Yoichi malts. The whisky is available in select markets with expansion planned in 2021.

*Whisky Advocate* **says:**

Nikka Days was previously available overseas, but this summer marks its U.S. debut. Nikka deployed a similar rollout in 2018 for Nikka From the Barrel which went on to earn our top prize of **Whisky of the Year** (/top20/2018/1-nikka-from-the-barrel/). While that whisky, at 51.4% ABV, was a good deal stronger than Days, we are eager to taste the new release all the same. Look for a review in an upcoming issue.



### BOOKER'S 2020-02 "BOSTON BATCH"

Style: Straight bourbon
Origin: Kentucky
Age: 6 years, 3 months, 10 days
Proof: 63.25% ABV
Price: $90
Release: July
Availability: Limited

**Need to know:**

Following up 2020-01 "Granny's Batch," released in March, comes the second Booker's release of the year.

*Whisky Advocate* **says:**



The name refers not to the city in Massachusetts, but Boston, Kentucky, home to the production site where Booker Noe first started his distilling career. Purchased by the **James B. Beam Distilling Co.** (https://www.jimbeam.com/) in the early 1950's, and used for mass-scale production, the facility, now known as the Booker Noe Distillery, was later removed from day-to-day operations, allowing Booker to experiment more. Legend has it that if you were looking for Booker, you'd find him in Boston.

While each batch of Booker's is distinct in its own way, they are consistently high quality with "Granny's Batch" scoring **93 points** (/ratings-reviews/?search=&submit=&review_id=5360) in the Summer 2020 Buying Guide. We look forward to trying "Boston Batch" and seeing how it compares.



### MICHTER'S 10 YEAR OLD SINGLE BARREL RYE (2020 RELEASE)

Style: Straight rye
Origin: Kentucky
Age: 10 years old
Proof: 46.4% ABV
Price: $160
Release: July 2020
Availability: Limited

**Need to know:**

Michter's is releasing their latest 10 year old Single Barrel rye, which will be the only such release for 2020.

***Whisky Advocate*** says:

A highly sought-after bottle, the 10 year old Single Barrel Rye consistently scores high, with the 2019 release earning **93 points (/ratings-reviews/?search=&submit=&review_id=5128)**.



### M&H CLASSIC

Style: Single malt
Origin: Israel
Age: Not stated
Proof: 46% ABV
Price: $60
Release: July 2020
Availability: For sale in AK, CA, CO, CT, FL, GA, IN, IL, MA, MD, MN, OK, OR, NJ, NY, and TN

**Need to know:**

The flagship single malt from Tel Aviv's M&H Distillery, this whisky was matured in both bourbon and STR (shaved, toasted, re-charred) casks. It's non-chill filtered and certified kosher.

### M&H ELEMENTS





Style: Single malt

Origin: Israel

Age: Not stated

Proof: 46% ABV

Price: $70

Release: July 2020

Availability: For sale in AK, CA, CO, CT, FL, GA, IN, IL, MA, MD, MN, OK, OR, NJ, NY, and TN

**Need to know:**

Made at Tel Aviv's M&H Distillery, this is the first single malt to be matured in kosher sherry casks—in this case, oloroso and Pedro Ximénez sherry—as well as bourbon casks.

*Whisky Advocate* says:

While some folks who keep kosher (including some rabbis who rule on what is or isn't kosher) hold that all whiskies are kosher, others have divergent opinions about whiskies matured in wine casks, including sherry casks. M&H Distillery had its sherry casks custom-made and seasoned in Jerez under kosher certification guidelines, making this sherried single malt a true first.

Not many distilleries go through the rigorous steps of producing kosher whisky, although there are a few in addition to M&H. Scotland's **Tomintoul Distillery** (https://www.tomintoulwhisky.com/) offers a whole range of kosher single malts, and **Buffalo Trace** (https://www.buffalotracedistillery.com/) recently launched three kosher American whiskeys—**two straight bourbons and a straight rye** (/knob-creek-12-year-bardstown-bourbon-whiskey-whisky/).

### KILCHOMAN 14 YEAR OLD IMPEX CASK EVOLUTION SINGLE CASK (CASK NO. 18/2006)



Style: Single malt

Origin: Scotland (Islay)

Age: 14 years old

Proof: 53% ABV

Price: $220

Release: July 2020

Availability: 208 bottles for the U.S. only

**Need to know:**

One of the earliest Kilchomans ever put into cask, in 2006, this single bourbon barrel yielded just 208 bottles. They're all coming to the U.S. via ImpEx Beverages, which is celebrating the 10th anniversary of its importing relationship with Kilchoman.

*Whisky Advocate* says:

In addition to the regular Kilchoman lineup, ImpEx brings in several special releases from the distillery each year, including its Cask Evolution series (**93 points** (/ratings-reviews/?



reviews/?search=&submit=&review_id=4911) for the 11 year old single bourbon cask) and USA Small Batch series (**92 points** (/ratings-reviews/?search=&submit=&review_id=5221) for the first release and **91 points** (/ratings-reviews/?search=&submit=&review_id=5460) for the second release). As you can see, these bottlings typically score well. Kilchoman makes excellent whisky, and ImpEx seems to pick the best. Expect this 14 year old—the oldest Kilchoman ever bottled—to go fast.



### GARRISON BROTHERS HONEYDEW

Style: Honey-infused bourbon
Origin: Texas
Age: Not stated
Proof: 40% ABV
Price: $90
Release: July 2020 at the distillery; August 2020 nationwide
Availability: Widely available

**Need to know:**

The base whiskey in HoneyDew is Garrison Brothers Small Batch Bourbon. Master distiller Donnis Todd emptied the bourbon into stainless steel tanks to mellow for 7 months, and then sawed the barrels the bourbon aged in into cubes. The cubes were immersed in Burleson's Texas Wildflower Honey, and then infused with even more honey by Matt Albrecht of River Drive Cooperage, using a technique called "Fiber Infusion Technology." Todd then immersed the cubes in the bourbon daily for 6 months using a cheesecloth to infuse the honey from the wood into the liquid.

HoneyDew will be available nationwide in August, but Garrison Brothers is holding a **drive-thru release** (https://www.facebook.com/events/896151604201477?acontext=%7B%22action_history%22%3A[%7B%22surface%22%3A%22page%22%2C%22mechani at its Hye, Texas distillery on July 18.

***Whisky Advocate* says:**

Though the infusion of honey technically makes this a flavored whiskey, Garrison Brothers describes HoneyDew as a honey-infused bourbon. This sets it apart from some of the well-known honey-flavored whiskeys such as Jack Daniel's Tennessee Honey and Jim Beam Honey—which both use honey liqueur and fall below the 40% ABV minimum for bourbon and American whiskey.

BOURBON (HTTPS://WWW.WHISKYADVOCATE.COM/TAG/BOURBON/)        JAPANESE WHISKY (HTTPS://WWW.WHISKYADVOCATE.COM/TAG/JAPANESE-WHISKY/)

NEW RELEASES (HTTPS://WWW.WHISKYADVOCATE.COM/TAG/NEW-RELEASES/)        SCOTCH (HTTPS://WWW.WHISKYADVOCATE.COM/TAG/SCOTCH/)

WHISKY WEEKEND (HTTPS://WWW.WHISKYADVOCATE.COM/TAG/WHISKY-WEEKEND/)





(http://www.facebook.com/sharer.php?
u=https-https%3A%2F%2F%2Fwww.whiskyadvocate.com%2Fnikka-
days-
bookers-
boston-
batch-
more-
new-
whisky%2F&t=Nikka+Days%2C+Booker%26%238217%3Bs+Boston+Batch+%26%23038%3B+More+New+Whisky)

**MORE FROM WHISKY WEEKEND**   (/TAG/WHISKY-WEEKEND/)



### Balcones Lineage, Compass Box Rogues' Banquet & More New Whisky (https://www.whiskyadvocate.com/balcones-lineage-compass-box-rogues-banquet-more-new-whisky/)

Plus, Kilchoman debuts a "mess" of a scotch, Yellowstone Limited Edition 2020 has an unusual cask finish, and new releases from Nevada and California are hitting shelves.

(https://www.whiskyadvocate.com/balcones-lineage-compass-box-rogues-banquet-more-new-whisky/)



### More Macallan Double Cask, Award-Winning Islay Scotch & More New Whisky (https://www.whiskyadvocate.com/macallan-double-cask-laphroaig-kilchoman-whisky-whiskey/)

The 2020 Laphroaig Càirdeas features port and red wine casks, Kilchoman Loch Gorm returns, and a special edition of Westward American single malt supports small businesses.

(https://www.whiskyadvocate.com/macallan-double-cask-laphroaig-kilchoman-whisky-whiskey/)



### Knob Creek 15 Year Old, Old Forester Birthday Bourbon & More New Whisky (https://www.whiskyadvocate.com/knob-creek-15-year-old-forester-birthday-bourbon-whisky-whiskey/)

Plus, Jim Beam revives a historic bourbon brand, Italy's malt whisky hits U.S. shores, and a non-alcoholic "bourbon" makes its debut.

([https://www.whiskyadvocate.com/knob-creek-15-year-old-forester-birthday-bourbon-whisky-whiskey/](https://www.whiskyadvocate.com/knob-creek-15-year-old-forester-birthday-bourbon-whisky-whiskey/))

---

**HELP**

**M. SHANKEN COMMUNICATIONS**

**SUBSCRIPTIONS**

**FOLLOW US**

(https://www.facebook.com/whiskyadvocate) (https://twitter.com/whiskyadvocate) (https://instagram.com/whiskyadvocate)

© Copyright 2020. Whisky Advocate. All rights reserved.